United States District Court
Southern District of Texas
**ENTERED**
May 22, 2018
David J. Bradley, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| MARY L. THOMAS, *Individually and on behalf of others similarly situated,* § § § | |
| *Plaintiff,* § § | |
| v. § | CIVIL ACTION H-16-3648 |
| § § | |
| HUNTLEIGH USA CORPORATION, § § § | |
| *Defendant.* § | |

## ORDER

Plaintiffs Mary L. Thomas, Ashley Reese, Sherman Andrews and defendant Huntleigh USA Corporation's joint motion for approval of settlement (Dkt. 40) is GRANTED.

Signed at Houston, Texas on May 22, 2018.

_____
Gray H. Miller
United States District Judge